**Order entered June 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01402-CR

**CAMERON CURTIS PALMER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-14365-U**

## ORDER

The Court **REINSTATES** the appeal.

On March 25, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant appeared in court with counsel; (2) appellant informed the court he filed the notice of appeal based on some "misunderstandings" about his case at that time; and (3) appellant no longer desires to pursue the appeal.

We **ORDER** the appeal submitted as of the date of this order, without the reporter's record and briefs, and without argument, to a panel consisting of Justices Moseley, Bridges, and Lang-Miers. *See* TEX. R. APP. P. 37.3(c), 38.8(b)(4), 39.1.

/s/    DAVID EVANS
        JUSTICE